UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>LAMONT MARQUES PITTS, )<br>a/k/a "MANIAC" )<br>) | NO. 3:11-00195<br><br>**UNDER SEAL** |

## ORDER

This matter comes before the Court on the Government's Motion to Seal Indictment. It is hereby ordered that:

The Motion is granted and the Indictment is ordered sealed, pending further order of the Court, except that a copy of the Indictment: (a) may be provided by the Government to the defendant or the defendant's counsel after the defendant is arrested; and (b) shall be provided by the Clerk's office to the United States Marshals Service (USMS) to permit the USMS to perform its statutorily-authorized duties.

The Clerk is directed to file this Order and related matters under seal and, except for a copy of the Indictment the Clerk shall provide to the USMS, to serve them only on counsel for the Government.

HONORABLE Todd Campbell
UNITED STATES District JUDGE

Dated: 9-15-11