PS 8 Revised 07
MD/TN Revised 10/10

☐ Interpreter Required

# UNITED STATES DISTRICT COURT
## for the
## MIDDLE DISTRICT OF TENNESSEE

U.S.A. vs. __Lamont Pitts__   Docket No. __3:11CR00195-001__

### Petition for Action on Conditions of Pretrial Release

COMES NOW __Angela D. Rankin__, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant __Lamont Pitts__ who was placed under pretrial release supervision by the __Hon. U.S. Magistrate Judge John S. Bryant__ sitting in the Court at __Nashville, Tennessee__, on __09/26/2011__, under the following conditions: Please reference the attached Order Setting Conditions of Release

Respectfully presenting petition for action of Court and for cause as follows:
Please reference pages two through three of this document

I declare under penalty of perjury that the foregoing is true and correct.

Angela D. Rankin _(signature)_   Nashville, TN   October 17, 2012
U.S. Pretrial Services Officer   Place:   Date:

**Next Scheduled Court Event**   Not Scheduled
                                 Event         Date

## PETITIONING THE COURT

☒ No Action                  ☐ To issue an order setting a hearing on the petition
☐ To Issue a Warrant         ☐ Other

THE COURT ORDERS:
☒ No Action                                    ☐ A Hearing on the Petition is set for
☐ The Issuance of a Warrant.
   ☐ Sealed Pending Warrant Execution
     (cc: U.S. Probation and U.S. Marshals only)   Date         Time
☐ Other

Considered and ordered this __17th__ day of __October__, __2012__, and ordered filed and made a part of the records in the above case.

_(signature)_ John Bryant
Honorable John S. Bryant
U.S. Magistrate Judge

Honorable John S. Bryant
U.S. Magistrate Judge
Re: Petition for Action on
Lamont Pitts
3:11CR00195-001
October 17, 2012
Page 2

Mr. Pitts was originally placed on pretrial supervision by Your Honor on September 26, 2011, after having been charged with Distribution of Cocaine Base. The conditions of his release are attached to this report.

**Violations:**

**The defendant must immediately advise the Court, defense counsel, and the U.S. Attorney in writing before any change in address or telephone number.**

This officer conducted an initial home contact on October 3, 2011, for the purpose of a home assessment. Mr. Pitts and his grandmother were both present during the home contact. The defendant was residing at 3830 Woodward Drive, Nashville, Tennessee, with his grandmother, Evelyn Eddings. She is also the defendant's third party custodian. Since that time, this officer has conducted four additional home contacts at various times of the day, and although the defendant is disabled, and as a result unemployed, he was never at the residence when this officer conducted the home contacts. This matter was discussed on numerous occasions with the defendant, and each time he advised that he did indeed live at the residence.

On September 12, 2012, this officer conducted a home contact and spoke with the defendant's grandmother and third party custodian, Evelyn Eddings. Ms. Eddings advised that the defendant was not residing at the residence, and that she was not sure exactly where he was living. Ms. Eddings further stated that she believed the defendant had been residing with a girlfriend in "the projects", but that she had heard they had broken up, and that perhaps he was living with another girl somewhere in Nashville. She admitted that she really did not know where the defendant was residing.

On October 15, 2012, the defendant reported to the U.S. Probation Office for monthly reporting. This issue was once again discussed with the defendant. At first, he stated that he has been living at his grandmother's residence, and had not moved. After discussing my conversation with his grandmother on September 12, 2012, during an attempted home contact, the defendant stated that "maybe" he has been staying a few nights a week with his girlfriend, but they had recently broken up. I asked where he stayed the night before this office visit, and he reported that he had stayed with a relative.

Honorable John S. Bryant
U.S. Magistrate Judge
Re: Petition for Action on
Lamont Pitts
3:11CR00195-001
October 17, 2012
Page 3

**Probation Officer's Actions:**

This officer sent the defendant a Letter of Reprimand, and also strongly reprimanded him during his monthly visit to my office on October 15, 2012. Mr. Pitts stated that he would be staying at his grandmother's residence from this point forward. This officer stated that if he needs to move, he needs to discuss same with this officer and his attorney so that proper protocol could be followed. He advised he would do so. Since that time, this officer has phoned the residence and spoken with the defendant as well as his grandmother, and it appears that he is residing at the residence.

**Respectfully Petition the Court as Follows:**

The Pretrial Services Office requests that No Action be taken at this time. If the defendant moves without notifying this officer or the Court, or if his whereabouts become unknown, this officer will request a hearing before the Court. AUSA Alex Little has been contacted and concurs with this recommendation.

Approved by:

W. Burton Putman
Supervisory U.S. Probation Officer

xc: Alex Little, Assistant U.S. Attorney
    Caryll Alpert, Assistant Federal Public Defender

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No. 3:11-00195 |
| Lamont M. Pitts ) | |
| *Defendant* ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(✓) The defendant must not violate any federal, state or local law while on release.

(✓) The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

(✓) The defendant must immediately advise the court, defense counsel, and the U.S. attorney in writing before any change in address or telephone number.

(✓) The defendant must appear in court as required and must surrender to serve any sentence imposed

The defendant must appear at *(if blank, to be notified)*      to be notified
                                                                *Place*

_____ on _____
                                *Date and Time*

**Release on Personal Recognizance or Unsecured Bond**

IT IS FURTHER ORDERED that the defendant be released on condition that:

( ✔ ) (5) The defendant promises to appear in court as required and surrender to serve any sentence imposed.

(   ) (6) The defendant executes an unsecured bond binding the defendant to pay to the United States the sum of
_____ dollars ($ _____ )
in the event of a failure to appear as required or surrender to serve any sentence imposed.

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the defendant's appearance and the safety of other persons or the community, IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

(X) (7) The defendant is placed in the custody of:
  Person or organization    _Evelyn Eddings_
  Address *(only if above is an organization)*  ~~~~~~~~
  City and state  ~~~~~~~~ Nash, TN. 37207   Tel. No. *(only if above is an organization)*  ____

who agrees (a) to supervise the defendant in accordance with all of the conditions of release, (b) to use every effort to assure the defendant's appearance at all scheduled court proceedings, and (c) to notify the court immediately if the defendant violates any condition of release or disappears.

                    Signed: _Evelyn Eddings_   09-26-2011
                              Custodian or Proxy         Date
                            615-876-9433

(X) (8) The defendant must:
  (X) (a) report to the   Pretrial Services Office as directed   ,
       telephone number   (615) 736-5771   , no later than   _____ .
  ( ) (b) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property:
       _____
  ( ) (c) post with the court the following proof of ownership of the designated property, or the following amount or percentage of the above-described sum
       _____
  ( ) (d) execute a bail bond with solvent sureties in the amount of $ _____ .
  (X) (e) maintain or actively seek employment. _unless prohibited by defendant's disability, as determined by Pretrial Services._
  ( ) (f) maintain or commence an education program.
  ( ) (g) surrender any passport to: _____
  ( ) (h) obtain no passport.
  (X) (i) abide by the following restrictions on personal association, place of abode, or travel:  Travel is restricted to the Middle District of Tennessee unless permission is granted in advance from the Pretrial Services Officer.
  (X) (j) avoid all contact, directly or indirectly, with any person who is or may become a victim or potential witness in the investigation or prosecution, including but not limited to:  any known convicted felons or persons convicted of misdemeanor domestic assault cases.
  ( ) (k) undergo medical or psychiatric treatment or remain in an institution as follows:  _____
  ( ) (l) return to custody each (week) day at _____ o'clock after being released each (week) day at _____ o'clock for employment, schooling, or the following purpose(s):  _____
  ( ) (m) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
  (X) (n) refrain from possessing a firearm, destructive device, or other dangerous weapons.
  ( ) (o) refrain from ( ) any ( ) excessive use of alcohol.
  (X) (p) refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
  (X) (q) submit to any testing required by the pretrial services office or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is (are) required as a condition of release.
  (X) (r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if the pretrial services office or supervising officer considers it advisable.
  ( ) (s) participate in one of the following location monitoring program components and abide by its requirements as the pretrial services officer or supervising officer instructs.
       ( ) (i) Curfew. You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
       ( ) (ii) Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the pretrial services office or supervising officer; or
       ( ) (iii) Home Incarceration. You are restricted to 24-hour-a-day lock-down except for medical necessities and court appearances or other activities specifically approved by the court.
  (X) (t) submit to the location monitoring indicated below and abide by all of the program requirements and instructions provided by the pretrial services officer or supervising officer related to the proper operation of the technology.
       ( ) The defendant must pay all or part of the cost of the program based upon your ability to pay as the pretrial services office or supervising officer determines.

       (X) (i) Location monitoring technology as directed by the pretrial services office or supervising officer;
       ( ) (ii) Radio Frequency (RF) monitoring;
       ( ) (iii) Passive Global Positioning Satellite (GPS) monitoring;
       ( ) (iv) Active Global Positioning Satellite (GPS) monitoring (including "hybrid" (Active/Passive) GPS);
       ( ) (v) Voice Recognition monitoring. _(in any event within 48 hours)_
  (X) (u) report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.
  (X) (v) Defendant shall permit a pretrial services officer to visit him/her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the officer.
  (X) (w) _Defendant will stay away from any public housing property operated by Metropolitan Housing and Development Agency (MDHA)._

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICES   U.S. ATTORNEY   U.S. MARSHAL

# ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

Read to me by USPO
Rankins.
Signed: Lamet Pitts
Date: 10-4-11

_Lamet Pitts_
Defendant's Signature

_Nashville, Tennessee_
City and State

## Directions to the United States Marshal

( X ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: September 26, 2011

_John Bryant_
Judicial Officer's Signature

JOHN S. BRYANT, U.S. MAGISTRATE JUDGE
*Printed name and title*