UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-cr-00195 |
| | ) | |
| LAMONT MARQUES PITTS, | ) | CHIEF JUDGE HAYNES |

*[Handwritten notation: "ORDER — This motion is GRANTED. [signature] 7-31-13"]*

## GOVERNMENT'S MOTION FOR SUBSTITUTION OF COUNSEL

The United States of America hereby requests that Assistant United States Attorney Lynne T. Ingram be substituted in the place of Assistant United States Attorney J. Alex Little as the attorney for the government in this case.

Respectfully submitted,

DAVID RIVERA
Acting United States Attorney for the
Middle District of Tennessee

s/ *Lynne T. Ingram*
LYNNE T. INGRAM
Assistant United States Attorney
110 9th Avenue, South
Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615-736-5151

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Government's Motion for Substitution of Counsel was served this 29th day of July, 2013 on all defense counsel via CM/ECF.

s/ *Lynne T. Ingram*
LYNNE T. INGRAM, AUSA