Motion GRANTED. Revocation Hearing set on 11/30/2015 is CANCELLED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00195 |
| | ) | JUDGE TRAUGER |
| LAMONT PITTS | ) | |

## MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE

Through counsel and after consultation with the probation office and with Mr. Pitts, defendant Lamont Pitts moves to modify the conditions of his supervised release by adding a drug treatment condition. This matter is set for a revocation hearing on November 30, 2015, but the parties ask the Court to modify the conditions now, before the November 30 hearing. In support of this motion, the defendant would show the following:

1. On May 29, 2014, Mr. Pitts commenced his three year term of supervised release.

2. As included in the Judgment, the special conditions of his supervised release directed Mr. Pitts to follow any substance abuse treatment protocol recommended by the Bureau of Prisons while on supervised release. (R. 63, Judgment at 4.) It appears that the Bureau of Prisons did not direct any specific protocol.

3. As indicated in the pending Petition, Mr. Pitts had a positive drug test for cocaine. His presentence report also reflects some past drug use.

4. Mr. Pitts has met with both his attorney and with his probation officer, USPO Amanda Michele, and is willing to participate in drug treatment through the probation office resources.